# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 15-05179-jw |
| John Williams, Jr., | Chapter 13 |
| Debtor. | |

I, Sean Markham, an attorney with the Markham Law Firm, LLC, do hereby certify that a copy of the Summons and Complaint (Docket Numbers 1 and 2) were mailed to the parties below or on the attached list.

Date of Service January 07, 2016

/s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for Insight Technology, Inc.
P.O. Box 20074
Charleston, SC 29413-0074
843-284-3646

1

```
Label Matrix for local noticing        Paul F. Held                          Insight Technology, Inc.
0420-2                                 138 N Main St                         C/O Sean Markham, Esq.
Case 16-80001-jw                       PO Box 521                            PO Box 20074
District of South Carolina             Sumter, SC 29151-0521                 Charleston, SC 29413-0074
Charleston
Thu Jan  7 10:53:05 EST 2016

Sean P. Markham                        US Trustee                            John Williams Jr.
Markham Law Firm, LLC                  Strom Thurmond Federal Bldg           608 Leviticus Lane
PO Box 20074                           1835 Assembly Street                  Pineville, SC 29468-3163
Charleston, SC 29413-0074              Suite 953
                                       Columbia, SC 29201-2448


James M. Wyman                         End of Label Matrix
PO Box 997                             Mailable recipients    6
Mount Pleasant, SC 29465-0997          Bypassed recipients    0
                                       Total                  6
```

Entries marked with X:
- Insight Technology, Inc. / C/O Sean Markham, Esq. / PO Box 20074 / Charleston, SC 29413-0074
- US Trustee / Strom Thurmond Federal Bldg / 1835 Assembly Street / Suite 953 / Columbia, SC 29201-2448